IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ASHLEY A. SIMMONS**                                                          **PLAINTIFF**

**v.**                                    **CAUSE NO. 4:06-cv-00199-MPM-EMB**

**WOODS INDUSTRIES, INC.;**
**WAL-MART STORES, INC.;**
**JOHN DOES 1-5; ABC and**
**XYZ CORPORATIONS**                                            **DEFENDANTS**

## AGREED ORDER

**THIS CAUSE**, having come before the Court on the joint motion <u>ore tenus</u> of the plaintiff, Ashley Simmons and the defendants, Woods Industries, Inc., and Wal-Mart Stores, Inc., by and through their undersigned counsel, for an Order extending until August 27, 2007, the deadline by which the defendants must serve their responses to the plaintiff's interrogatories and requests for production, without waiving any of their objections, and being aware of the premises, the Court finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the defendants must serve their responses to the plaintiff's interrogatories and requests for production, without waiving any of their objections, no later than August 27, 2007.

**SO ORDERED** this, the 20th day of August 2007.

                                           /s/ Eugene M. Bogen
                                           UNITED STATES MAGISTRATE JUDGE